# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**R. ALEXANDER ACOSTA,**
Secretary of Labor, United States
Department of Labor,

    Plaintiff,

v.

**LOCAL 307, NATIONAL POSTAL
MAIL HANDLERS UNION,
LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA
AFL-CIO,**

    Defendants.

Civil No. 16-13455

Honorable Stephen J. Murphy, III
Mag. Judge Elizabeth A. Stafford

## NOTICE OF FILING

2

Please take notice of the filing of the Declaration of Sharon Hanley, and the Certification of Election in the above captioned case pursuant to the Consent Decree and Order dated August 23, 2017.

Respectfully Submitted,

**Matthew Schneider**
United States Attorney

 */s/ Vanessa M. Mays*
**Vanessa M. Mays** (P34725)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan  48226
Phone: (313) 226-9762
Facsimile:  (313) 226-3271
E-mail:  vanessa.mays@usdoj.gov

Dated: June 22, 2018

## **Certification of Service**

I hereby certify that on June 22, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

>Michael L. O'Hearon
>***Attorney for Defendants***

>*/s/ Vanessa M. Mays*
>**Vanessa M. Mays** (P34725)
>Assistant United States Attorney
>211 W. Fort Street, Suite 2001
>Detroit, Michigan  48226
>Phone: (313) 226-9762
>Facsimile:  (313) 226-3271
>E-mail: vanessa.mays@usdoj.gov