UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

R. ALEXANDER ACOSTA, Secretary of Labor

      Plaintiff,

v.                                                     Civil Action No. 16-13455

LOCAL 307, NATIONAL POSTAL
MAIL HANDLERS UNION, LABORERS'
INTERNATIONAL UNION OF NORTH
AMERICA, AFL-CIO

      Defendant.

**CERTIFICATION OF ELECTION**

      The election having been conducted in the above manner under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Consent Decree and Order dated August 23, 2017, in the United States District Court for the Eastern District of Michigan, Southern Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

      Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to serve as officers of Local 307 for the remainder of the current term to expire on March 16, 2019:

| | |
|---|---|
| James Haggarty | President |
| Marlon Harris | Vice President |
| Lolita Wallace | Recording Secretary |
| Fayelynne Robinson-Smith | Treasurer |
| Rita Tripp | Michigan State Executive Board Member |
| James Haggarty | Branch President, Grand Rapids |
| Michael Mendez | Branch President, Detroit Network Distribution Center |

Attached herewith is a declaration setting forth the final decision of the Secretary with respect to the twenty-six protests that were timely filed with the Secretary's designated election supervisor.

Signed this 19th day of June 2018.

*Sharon Hanley*

Sharon Hanley, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor